| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Cogan, Brian M | 2. Court or Organization<br><br>U.S. District Court, ED of NY | 3. Date of Report<br><br>1/26/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Nominee | 5. ReportType (check appropriate type)<br><br>⦿ Nomination, Date 1/25/2006<br><br>◯ Initial ◯ Annual ◯ Final | 6. Reporting Period<br><br>1/1/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>180 Maiden Lane<br>New York, NY 10038-4982 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Stroock & Stroock & Lavan LLP |
| 2. | Trustee | Trust #1 |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income )

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Stroock & Stroock & Lavan LLP, Attorney | 858,321 |
| 2. | 2005 | Stroock & Stroock & Lavan LLP, Attorney | 1,000,110 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Stroock & Stroock & Lavan LLP, Attorney |
| 2. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | EXEMPT |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | EXEMPT | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | K |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. JPMorgan Chase Bank account | B | Interest | K | T | EXEMPT | | | | |
| 2. Ameritrade Inc. cash account | A | Interest | J | T | | | | | |
| 3. Advantage Advisers Stratigos Fund, LLC, Partnership | | None | K | U | | | | | |
| 4. Stroock & Stroock & Lavan LLP, Loan Receivable | E | Interest | N | U | | | | | |
| 5. Housing Programs Limited, Partners, partnership | A | Rent | J | U | | | | | |
| 6. Compark Owners Corp., stock, (preferred) | | None | J | U | | | | | |
| 7. Brokerage Accout #1 | | | | | | | | | |
| 8. - Apartment Investment & Management Co., Stock (common) | A | Dividend | J | T | | | | | |
| 9. - Archestone-Smith Trust (REIT) | A | Dividend | J | T | | | | | |
| 10. - Arden Realty Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 11. - AvalonBay Communities Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 12. - BRE Properties Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 13. - Brandywine Realty Trust (REIT) | A | Dividend | J | T | | | | | |
| 14. - Camden Property Trust (REIT) | A | Dividend | | | | | | | |
| 15. - Corporate Office Properties Trust, Inc , Stock (common) | A | Dividend | J | T | | | | | |
| 16. - Carramerica Realty Corp., Stock (common) | A | Dividend | J | T | | | | | |
| 17. - Equity Residential (REIT) | A | Dividend | J | T | | | | | |
| 18. - Extra Space Storage, Inc Stock (common) | A | Dividend | J | T | | | | | |

| 1 Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. - Fairmont Hotels & Resort Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 20. - Federal Realty Investment Trust (REIT) | A | Dividend | J | T | | | | | |
| 21. - Host Marriott Corp.-New Stock (common) | A | Dividend | J | T | | | | | |
| 22. - Macerich Co. Stock (common) | A | Dividend | J | T | | | | | |
| 23. - Mack-Cali Realty Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 24. - Post Properties Inc Stock (common) | A | Dividend | J | T | | | | | |
| 25. - Prologis SBI ( REIT) | A | Dividend | J | T | | | | | |
| 26. - Reckson Associates Realty Corp - Stock (common) | A | Dividend | J | T | | | | | |
| 27. - Regency Centers Corp Stock (common) | A | Dividend | J | T | | | | | |
| 28. - Reserve Fund Primary Fund | A | Dividend | J | T | | | | | |
| 29. - SL Green Realty Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 30. - Shurgard Storage Centers Inc., Stock (common) | A | Dividend | J | T | | | | | |
| 31. - Simon Property Group Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 32. - Starwood Hotels & Resort Worldwide Inc., Stock (common) | A | Dividend | J | T | | | | | |
| 33. - Taubman Centers Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 34. - AMB Property Corp. Stock (common) | A | Dividend | | | | | | | |
| 35. Brokerage Account #2 | | | | | | | | | |
| 36. - ADC Telecommunications Inc. Stock (common) | | None | J | T | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. – Agere Systems Inc. Stock (common) | | None | J | T | | | | | |
| 38. – Alleghany Corp-Del Stock (common) | A | Dividend | J | T | | | | | |
| 39. – Alliance Gaming Corp. Stock (common) | | None | J | T | | | | | |
| 40. – Allied Waste Industries Inc. Stock (common) | | None | J | T | | | | | |
| 41. – Alpha Natural Resources Inc. Stock (common) | | None | J | T | | | | | |
| 42. – Amerus Group Co. Stock (common) | A | Dividend | J | T | | | | | |
| 43. – Applebee's International Inc. Stock (common) | | None | J | T | | | | | |
| 44. – Arch Coal Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 45. – Biovail Corp. Stock (common) | | None | J | T | | | | | |
| 46. – Brown Shoe Co. Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 47. – CKE Restaurants Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 48. – Centennial Communications Corp. Stock (common) | | None | J | T | | | | | |
| 49. – Chicago Bridge & Iron Co NV, Stock (common) | A | Dividend | J | T | | | | | |
| 50. – CIENA Corp. Stock (common) | | None | J | T | | | | | |
| 51. – Cincinnati Bell Inc. Stock (common) | | None | J | T | | | | | |
| 52. – Comstock Resources Inc. Stock (common) | | None | J | T | | | | | |
| 53. – Conseco Inc. Stock (common) | | None | J | T | | | | | |
| 54. – Credence Systems Corp. Stock (common) | | None | J | T | | | | | |

| 1 Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Cumulus Media Inc. Stock (common) | | None | J | T | | | | | |
| 56. - Denny's Corporation Stock (common) | | None | J | T | | | | | |
| 57. - Dynegy Inc. Stock (common) | | None | J | T | | | | | |
| 58. - Elizabeth Arden Inc. Stock (common) | | None | J | T | | | | | |
| 59. - Fairchild Semiconductor International Inc. Stock (common) | | None | J | T | | | | | |
| 60. - FelCor Lodging Trust Inc. (REIT) | | None | J | T | | | | | |
| 61. - First Marblehead Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 62. - Florida East Coast Industries Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 63. - Foundation Coal Holdings Inc. Stock (common) | | None | J | T | | | | | |
| 64. - Gasco Energy Inc. Stock (common) | | None | J | T | | | | | |
| 65. - General Cable Corp. Stock (common) | | None | J | T | | | | | |
| 66. - Genesis Healthcare Corp. Stock (common) | | None | J | T | | | | | |
| 67. - Global Signal Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 68. - Grey Wolf Inc. Stock (common) | | None | J | T | | | | | |
| 69. - Hain Celestial Group Inc. Stock (common) | | None | J | T | | | | | |
| 70. - Helmerich & Payne Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 71. - Imax Corp. Stock (common) | | None | J | T | | | | | |
| 72. - Infinity Property & Casualty Corp Stock (common) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R* = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Isle of Capri Casinos Inc. Stock (common) | | None | J | T | | | | | |
| 74. - Kansas City Southern Stock (common) | | None | J | T | | | | | |
| 75. - Kensey Nash Corp. Stock (common) | | None | J | T | | | | | |
| 76. - Key Energy Services Inc. Stock (common) | | None | J | T | | | | | |
| 77. - Kindred Healthcare Inc. Stock (common) | | None | J | T | | | | | |
| 78. - Kulicke & Soffa Industries Inc. Stock (common) | | None | J | T | | | | | |
| 79. - Lifepoint Hospitals Inc. Stock (common) | | None | J | T | | | | | |
| 80. - Magellan Health Services Inc. Stock (common) | | None | J | T | | | | | |
| 81. - Meristar Hospitality Corp. Stock (common) | | None | J | T | | | | | |
| 82. - Mikohn Gaming Corp. Stock (common) | | None | J | T | | | | | |
| 83. - NBTY Inc. Stock (common) | | None | J | T | | | | | |
| 84. - Novell Inc. Stock (common) | | None | J | T | | | | | |
| 85. - OM Group Inc. Stock (common) | | None | J | T | | | | | |
| 86. - ON Semiconductor Corp. Stock (common) | | None | J | T | | | | | |
| 87. - Pacer International Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 88. - Penn National Gaming Inc. Stock (common) | | None | J | T | | | | | |
| 89. - Penn Treaty American Corp. Stock (common) | | None | J | T | | | | | |
| 90. - Pinnacle Entertainment Inc. Stock (common) | | None | J | T | | | | | |

| 1 Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000 | | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - Red Robin Gourmet Burgers, Inc. Stock (common) | | None | J | T | | | | | |
| 92. - Reserve Fund Primary Fund | A | Dividend | J | T | | | | | |
| 93. - Ruby Tuesday Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 94. - SBA Communications Corp. Stock (common) | | None | J | T | | | | | |
| 95. - Sinclair Broadcast Group Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 96. - Sonus Networks, Inc. Stock (common) | | None | J | T | | | | | |
| 97. - Sunterra Corporation (common) | | None | J | T | | | | | |
| 98. - TLC Vision Corp. Stock (common) | | None | J | T | | | | | |
| 99. - TODCO Stock (common) | A | Dividend | J | T | | | | | |
| 100. - Ubiquitel Inc. Stock (common) | | None | J | T | | | | | |
| 101. - Unit Corp. Stock (common) | | None | J | T | | | | | |
| 102. - United Rentals Inc. Stock (common) | | None | J | T | | | | | |
| 103. - Universal American Financial, Corp. Stock (comon) | | None | J | T | | | | | |
| 104. - Vishay Intertechnology Inc. Stock (common) | | None | J | T | | | | | |
| 105. - Wabtec Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 106. - Western Gas Resources Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 107. Brokerage Account #3 | | | | | | | | | |
| 108. - AGL Resources Inc. Stock (common) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. - Affiliated Computer Services Inc. Stock (common) | | None | J | T | | | | | |
| 110. - Albemarle Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 111. - Alltel Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 112. - American Electric Power Co. Inc. Stock (common) | | None | J | T | | | | | |
| 113. - American Standard Companies Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 114. - Ametek Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 115. - Amphenol Corp. Stock (common) | | None | J | T | | | | | |
| 116. - Applebee's International Inc. Stock (common) | | None | J | T | | | | | |
| 117. - Ashland Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 118. - Assurant Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 119. - AutoNation Inc. Stock (common) | | None | J | T | | | | | |
| 120. - AutoZone Inc. Stock (common) | | None | J | T | | | | | |
| 121. - Ball Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 122. - Brookfield Properties Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 123. - Brown Forman Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 124. - Burlington Resources Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 125. - Carlisle Companies Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 126. - Centurytel Inc Stock (common) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 8 of 26

Name of Person Reporting
Cogan, Brian M

Date of Report
1/26/2006

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. - Cincinnati Financial Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 128. - Clorox Co. Stock (common) | A | Dividend | J | T | | | | | |
| 129. - Columbia Sportswear Co. Stock (common) | | None | J | T | | | | | |
| 130. - Computer Associates International Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 131. - Coventry Health Care Inc. Stock (common) | | None | J | T | | | | | |
| 132. - Crane Co. Stock (common) | A | Dividend | J | T | | | | | |
| 133. - Cullen/ Frost Bankers Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 134. - DPL Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 135. - Dean Foods Co. Stock (common) | | None | J | T | | | | | |
| 136. - Del Monte Foods Co. Stock (common) | | None | J | T | | | | | |
| 137. - Devon Energy Corporation Stock (common) | A | Dividend | J | T | | | | | |
| 138. - Dex Media Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 139. - E Trade Financial Corporation Stock (common) | | None | J | T | | | | | |
| 140. - Energen Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 141. - Energy East Corporation Stock (common) | A | Dividend | J | T | | | | | |
| 142. - Family Dollar Stores Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 143. - Forest City Enterprises Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 144 - Fortune Brands Inc. Stock (common) | A | Dividend | J | T | | | | | |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. - Gannett Co. Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 146. - Genuine Parts Co. Stock (common) | A | Dividend | J | T | | | | | |
| 147. - Genworth Financial Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 148. - Golden West Financial Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 149. - Harsco Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 150. - Hilton Hotels Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 151. - Hormel Foods Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 152. - Hughes Supply Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 153. - Istar Financial Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 154. - Interactive Data Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 155. - Kinder Morgan Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 156. - Knight-Ridder Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 157. - Estee Lauder Companies Inc. Stock (common) | | None | J | T | | | | | |
| 158. - Limited Brands Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 159. - M & T Bank Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 160. - MGIC Investment Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 161. - Manor Care Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 162. - Marathon Oil Corp. Stock (common) | A | Dividend | J | T | | | | | |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. - MeadWestvaco Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 164. - NCR Corp. Stock (common) | | None | J | T | | | | | |
| 165. - North Fork Bancorp , Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 166. - Northern Trust Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 167. - Old Republic International Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 168. - Omnicare Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 169. - Outback Steakhouse Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 170. - PG&E Corp Stock (common) | A | Dividend | J | T | | | | | |
| 171. - PPG Industries Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 172. - PPL Corporation Stock (common) | A | Dividend | J | T | | | | | |
| 173. - Pactiv Corp. Stock (common) | | None | J | T | | | | | |
| 174. - Pioneer Natural Resources Co. Stock (common) | A | Dividend | J | T | | | | | |
| 175. - Pitney Bowes Inc Stock (common) | A | Dividend | J | T | | | | | |
| 176. - T. Rowe Price Group, Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 177. - Principal Financial Group Inc. Stock (common) | | None | J | T | | | | | |
| 178. - Quest Diagnostics Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 179. - Rayonier Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 180. - Republic Services Inc. Stock (common) | A | Dividend | J | T | | | | | |

| 1 Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. - Reserve Fund Primary Fund | A | Dividend | J | T | | | | | |
| 182. - Safeco Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 183. - SCANA Corporation Stock (common) | A | Dividend | J | T | | | | | |
| 184. - E W Scripps Co. Stock (common) | A | Dividend | J | T | | | | | |
| 185. - Sherwin-Williams Co. Stock (common) | A | Dividend | J | T | | | | | |
| 186. - Sigma-Aldrich Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 187. - TCF Finanial Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 188. - TJX Companies Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 189. - Telephone and Data Systems Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 190. - Tiffany & Co Stock (common) | A | Dividend | J | T | | | | | |
| 191. - UGI Corp Holding Co. Stock (common) | A | Dividend | J | T | | | | | |
| 192. - V F Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 193. - Vornado Realty Trust (REIT) | | None | J | T | | | | | |
| 194. - Vulcan Materials Co. Stock (common) | A | Dividend | J | T | | | | | |
| 195. - Webster Financial Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 196. - Westar Energy Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 197. - Wilmington Trust Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 198. - Cooper Industries Ltd. Stock (common) | A | Dividend | J | T | | | | | |

| 1 Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. - IPC Holdings Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 200. Brokerage Account #4 | | | | | | | | | |
| 201. - Adobe Systems Inc. Stock (common) | | None | J | T | | | | | |
| 202. - BJ Services Co. Stock (common) | | None | J | T | | | | | |
| 203. - Becton Dickinson & Co. Stock (common) | A | Dividend | J | T | | | | | |
| 204. - Bed Bath & Beyond Inc. Stock (common) | | None | J | T | | | | | |
| 205. - Centex Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 206. - Coach Inc. Stock (common) | | None | J | T | | | | | |
| 207. - ConocoPhillips Stock (common) | A | Dividend | J | T | | | | | |
| 208. - Countrywide Financial Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 209. - Dell Inc. Stock (common) | | None | J | T | | | | | |
| 210. - FedEx Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 211. - Franklin Resources Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 212. - Gap Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 213. - General Dynamics Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 214. - ITT Industries Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 215. - International Business Machines Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 216. - Johnson & Johnson Stock (common) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — income. value. transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 217. - Johnson Controls Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 218. - Kellogg Co. Stock (common) | A | Dividend | J | T | | | | | |
| 219. - L-3 Communications Holdings Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 220. - Laboratory Corp. Stock (Common) | | None | J | T | | | | | |
| 221. - Estee Lauder Companies Inc. Stock (common) | | None | J | T | | | | | |
| 222. - Lowes Companies Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 223. - M & T Bank Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 224. - MBNA Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 225. - Maxim Integrated Products Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 226. - McDonald's Corp. Stock (common) | | None | J | T | | | | | |
| 227. - Medtronic Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 228. - Merrill Lynch & Co. Inc. Stock (Common) | A | Dividend | J | T | | | | | |
| 229. - Microsoft Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 230. - Occidental Petroleum Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 231. - Omnicom Group Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 232. - PPL Corporation Stock (common) | A | Dividend | J | T | | | | | |
| 233. - Paccar Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 234. - Pepsico Inc. Stock (common) | A | Dividend | J | T | | | | | |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 235. - Praxair Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 236. - Procter & Gamble Co. Stock (common) | A | Dividend | J | T | | | | | |
| 237. - Reserve Fund Primary Fund | A | Dividend | J | T | | | | | |
| 238. - SLM Corporation Stock (Common) | A | Dividend | J | T | | | | | |
| 239. - Stryker Corp. Stock (comon) | | None | J | T | | | | | |
| 240. - TJX Companies Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 241. - Valero Energy Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 242. - Verizon Communications Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 243. - Walgreen Co Stock (common) | A | Dividend | J | T | | | | | |
| 244. - WellPoint Inc. Stock (common) | | None | J | T | | | | | |
| 245. - Yahoo! Inc. Stock (common) | | None | J | T | | | | | |
| 246. Brokerage Account #5 | | | | | | | | | |
| 247. - Alcatel Stock (common) | | None | J | T | | | | | |
| 248. - Allstate Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 249. - Altria Group Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 250. - Applied Materials Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 251. - BJ Services Co. Stock (common) | A | Dividend | J | T | | | | | |
| 252. - Bank of America Corp Stock (common) | A | Dividend | J | T | | | | | |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. - Boston Scientific Corp. Stock (common) | | None | J | T | | | | | |
| 254. - CIGNA Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 255. - CVS Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 256. - Cadence Design Systems Inc. Stock (common) | | None | J | T | | | | | |
| 257. - Carnival Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 258. - Chevron Corporation Stock (common) | A | Dividend | J | T | | | | | |
| 259. - Conseco Inc. Stock (Common) | | None | J | T | | | | | |
| 260. - DirecTV Group Inc. Stock (common) | | None | J | T | | | | | |
| 261. - Eaton Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 262. - First Data Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 263. - Glaxosmithkline PLC Stock (common) | A | Dividend | J | T | | | | | |
| 264. - HCA Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 265. - Halliburton Co. Stock (common) | A | Dividend | J | T | | | | | |
| 266. - Home Depot Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 267. - Humana Inc. Stock (common) | | None | J | T | | | | | |
| 268. - Illinois Tool Works Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 269. - ING Groep NV Stock (common) | A | Dividend | J | T | | | | | |
| 270. - Jones Apparel Group Inc Stock (common) | A | Dividend | J | T | | | | | |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code 1 (A-H) | (2)<br>Type (e.g. div, rent, or int.) | (1)<br>Value Code 2 (J-P) | (2)<br>Value Method Code 3 (Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month - Day | (3)<br>Value Code 2 (J-P) | (4)<br>Gain Code 1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 271. - Limited Brands Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 272. - MBIA Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 273. - Microsoft Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 274. - Morgan Stanley Stock (common) | A | Dividend | J | T | | | | | |
| 275. - News Corporation Stock (common) | A | Dividend | J | T | | | | | |
| 276. - Pfizer Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 277. - Reserve Fund Primary Fund | A | Dividend | J | T | | | | | |
| 278. - St. Paul Travelers Companies Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 279. - Target Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 280. - Tyson Foods Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 281. - US Bancorp - DEL Stock (common) | A | Dividend | J | T | | | | | |
| 282. - WPP Group PLC American Stock (common) | A | Dividend | J | T | | | | | |
| 283. - Washington Mutual Inc. Stock (common) | | None | J | T | | | | | |
| 284. - Wyeth Stock (common) | A | Dividend | J | T | | | | | |
| 285. - ACE Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 286. - Globalsantafe Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 287. Brokerage Account #6 | | | | | | | | | |
| 288. - Altria Group Inc Stock (common) | A | Dividend | J | T | | | | | |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 17 of 26

Name of Person Reporting

Cogan, Brian M

Date of Report

1/26/2006

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 289. - American Express Company Stock (common) | A | Dividend | J | T | | | | | |
| 290. - American International Group Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 291. - Ameriprise Financial Stock (common) | A | Dividend | J | T | | | | | |
| 292. - Aon Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 293. - Avon Products Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 294. - Berkshire Hathaway Inc Stock (common) | | None | J | T | | | | | |
| 295. - H & R Block Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 296. - Cardinal Health Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 297. - Caremark Rx Inc Stock (common) | | None | J | T | | | | | |
| 298. - Citigroup Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 299. - Comcast CL A SPCL Stock (common) | | None | J | T | | | | | |
| 300. - ConocoPhillips Stock (common) | A | Dividend | J | T | | | | | |
| 301. - Costco Wholesale Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 302. - Dell Inc. Stock (common) | | None | J | T | | | | | |
| 303. - Devon Energy Corporation Stock (common) | A | Dividend | J | T | | | | | |
| 304. - Diageo PLC Stock (common) | A | Dividend | J | T | | | | | |
| 305. - EOG Resources Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 306. - Fifth Third Bancorp Stock (common) | A | Dividend | J | T | | | | | |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | F = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Golden West Financial Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 308. - HCA Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 309. - HSBC Holdings PLC Stock (common) | A | Dividend | J | T | | | | | |
| 310 - Harley Davidson Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 311 - Hershey Company Stock (common) | A | Dividend | J | T | | | | | |
| 312. - Iron Mountain Inc. Stock (common) | | None | J | T | | | | | |
| 313. - JPMorgan Chase & Co. Stock (common) | A | Dividend | J | T | | | | | |
| 314. - Lloyds TSB Group PLC Stock (common) | A | Dividend | J | T | | | | | |
| 315. - Loews Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 316. - Marsh & Mclennan Companies Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 317. - Microsoft Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 318. - Moody's Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 319. - Occidental Petroleum Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 320. - Progressive Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 321. - Reserve Fund Primary Fund | A | Dividend | J | T | | | | | |
| 322. - Sealed Air Corp. Stock (common) | | None | J | T | | | | | |
| 323. - Transatlantic Holdings Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 324. - Tyco International Ltd Stock (common) | A | Dividend | J | T | | | | | |

| 1 Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 325. - Vulcan Materials Co. Stock (common) | A | Dividend | J | T | | | | | |
| 326. - Wal-Mart Stores Inc. Stock (common) | | None | J | T | | | | | |
| 327. - Wells Fargo & Co. Stock (common) | A | Dividend | J | T | | | | | |
| 328. Brokerage Account #7 | | | | | | | | | |
| 329. - Amcor Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 330. - BG Group PLC Stock (common) | A | Dividend | J | T | | | | | |
| 331. - BP PLC Stock (common) | A | Dividend | J | T | | | | | |
| 332. - BNP Paribas SPONS AD Stock (common) | | None | J | T | | | | | |
| 333. - Banco Santander Central Hispano SA Stock (common) | A | Dividend | J | T | | | | | |
| 334. - Bayer AG Stock (common) | A | Dividend | J | T | | | | | |
| 335. - Boots Group PLC UNSP Stock (common) | A | Dividend | J | T | | | | | |
| 336. - Canon Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 337. - Coles Myer Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 338. - Endesa SA Stock (common) | A | Dividend | J | T | | | | | |
| 339. - Fortis NL SP ADR New Stock (common) | A | Dividend | J | T | | | | | |
| 340. - Fosters Group Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 341. - GlaxoSmithKline plc Stock (common) | A | Dividend | J | T | | | | | |
| 342. - HBOS PLC Stock (common) | | None | J | T | | | | | |

| 1 Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 343. - Hitachi Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 344. - HongKong Electric HL Stock (common) | A | Dividend | J | T | | | | | |
| 345. - ING Groep NV Stock (common) | A | Dividend | J | T | | | | | |
| 346. - Kao Corp. SP Stock (common) | | None | J | T | | | | | |
| 347. - Lloyds TSB Group plc Stock (common) | A | Dividend | J | T | | | | | |
| 348. - Matsushita Electric Industrial Co. Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 349. - Millea Holdings Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 350. - National Australia Bank Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 351. - National Grid plc Stock (common) | A | Dividend | J | T | | | | | |
| 352. - Nippon Telegraph & Telephone Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 353. - POSCO Stock (common) | A | Dividend | J | T | | | | | |
| 354. - RWE AG Stock (common) | A | Dividend | J | T | | | | | |
| 355. - Reed Elsevier NV Stock (common) | A | Dividend | J | T | | | | | |
| 356. - Reserve Fund Primary Fund | A | Dividend | J | T | | | | | |
| 357. - Rio Tinto plc Stock (common) | A | Dividend | J | T | | | | | |
| 358. - Royal Dutch Shell Stock (common) | A | Dividend | J | T | | | | | |
| 359. - Sasol Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 360. - Societe Generale Stock (common) | A | Dividend | J | T . | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. - Stora Enso Corp. Stock (common) | | None | J | T | | | | | |
| 362. - Telecom Corp. of New Zealand Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 363. - Telefonica SA Stock (common) | A | Dividend | J | T | | | | | |
| 364. - Telstra Corporation Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 365. - Total S.A. Stock (common) | A | Dividend | J | T | | | | | |
| 366. - Toyota Motor Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 367. - Unilever PLC Stock (common) | A | Dividend | J | T | | | | | |
| 368. - UPM-Kymmene Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 369. - Intercontinental Hotels Group PLC Stock (common) | B | Dividend | | | | | | | |
| 370. Brokerage Account #8 | | | | | | | | | |
| 371. - Bear Stearns NY Money Fund | A | Dividend | J | T | | | | | |
| 372. - Franklin Templeton Fund | B | Dividend | K | T | | | | | |
| 373. - New York NY G/O Subser G-4 Fund | | None | L | T | | | | | |
| 374. Brokerage Account #9 | | | | | | | | | |
| 375. - Causeway International Value Fund | | None | J | T | | | | | |
| 376. - Constellation Sands Cap Select Growth Fund Cl II | | None | J | T | | | | | |
| 377. - Davis New York Venture Fund Inc. | | None | J | T | | | | | |
| 378. - Harbor Small Cap Value Fund | | None | J | T | | | | | |

| 1 Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. - Ishares Lehman 1-3 Yr Treasury Bond (ETFS) | A | Dividend | J | T | | | | | |
| 380. - Ishares MSCI EAFE Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 381. - Ishares Russell Midcap Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 382. - Ishares Trust Russell 2000 Growth Index Fund | A | Dividend | J | T | | | | | |
| 383. - PIMCO High Yield Fund Cl A | A | Dividend | J | T | | | | | |
| 384. - Reserve Fund Primary Fund Treasury Class | A | Dividend | J | T | | | | | |
| 385. - streetTRACKS Wilshire Reit ETF | A | Dividend | J | T | | | | | |
| 386. Brokerage Account #10 | | | | | | | | | |
| 387. - Causeway International Value Fund | | None | J | T | | | | | |
| 388. - Constellation Fds Sands Cap Sel Growth Fund Cl II | | None | J | T | | | | | |
| 389. - Davis New York Venture Fund Inc. Cl A | | None | J | T | | | | | |
| 390. - Harbor Small Cap Value Fund | | None | J | T | | | | | |
| 391 - Ishares Trust 1-3 Yr Treasury Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 392. - Ishares MSCI EAFE Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 393. - Ishares Trust Russell Midcap Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 394. - Ishares Russell 2000 Growth Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 395. - PIMCO High Yield Fund Cl A | A | Dividend | J | T | | | | | |
| 396. - Reserve Fund Primary Fund Treasury Class | A | Dividend | J | T | | | | | |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 397. - streetTRACKS Wilshire Reit ETF | A | Dividend | J | T | | | | | |
| 398. Goldman Sachs Tollkeeper Fund | | None | J | T | | | | | |
| 399. College Access 529 Plan #1 | | | | | | | | | |
| 400. - Government Backed Trs Ctf Turkey Zero Cpn Cl T-1 Bond | A | Interest | K | T | | | | | |
| 401. - New York City Prin M-Raes 8% 8/1/07 Bond | B | Interest | J | T | | | | | |
| 402. - US Treasury Strip-Tint- 8/15/06 Bond | A | Interest | J | T | | | | | |
| 403. College Access 529 Plan #2 | | | | | | | | | |
| 404. - New York City Prin M-Raes 8% 8/1/07 Bond | B | Interest | J | T | | | | | |
| 405. IRA #1 | A | Dividend | K | T | | | | | |
| 406. - Ishares MSCI Emerg Mkts Index Fund (ETFS) | | | | | | | | | |
| 407. - Ishares MSCI EAFE Index Fund (ETFS) | | | | | | | | | |
| 408. - Ishares Russell Midcap Index Fd (ETFS) | | | | | | | | | |
| 409. - Ishares Russell 1000 Value Index Fd (ETFS) | | | | | | | | | |
| 410. - Ishares Russell 1000 Growth Index Fd (ETFS) | | | | | | | | | |
| 411. - Ishares Russell 2000 Value Index Fund (ETFS) | | | | | | | | | |
| 412. - Ishares Russell 2000 Growth Index Fund (ETFS) | | | | | | | | | |
| 413. - Reserve Fund Primary Fund Tresury Class | | | | | | | | | |
| 414. - streetTRACKS Wilshire Reit ETF | | | | | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 415. IRA #2 | A | Dividend | K | T | | | | | |
| 416. - Ishares MSCI Emerg Mkts Index Fund (ETFS) | | | | | | | | | |
| 417. - Ishares MSCI EAFE Index Fund (ETFS) | | | | | | | | | |
| 418. - Ishares Russell Midcap Index Fd (ETFS) | | | | | | | | | |
| 419. - Ishares Russell 1000 Value Index Fd (ETFS) | | | | | | | | | |
| 420. - Ishares Russell 1000 Growth Index Fd (ETFS) | | | | | | | | | |
| 421. - Ishares Russell 2000 Value Index Fund (ETFS) | | | | | | | | | |
| 422. - Ishares Russell 2000 Growth Index Fund (ETFS) | | | | | | | | | |
| 423. - Reserve Fund Primary Fund Treasury Class | | | | | | | | | |
| 424. - streetTRACKS Wilshire Reit ETF | | | | | | | | | |
| 425. Retirement Plan for Partners #1 | D | Dividend | O | T | | | | | |
| 426. - Lehman Ishares Bond Fund | | | | | | | | | |
| 427. - Bernstein Equity Fund | | | | | | | | | |
| 428. - Baird Capital Fund | | | | | | | | | |
| 429. - C.S. MC Kee, L.P. Fund | | | | | | | | | |
| 430. - Private Capital Management Fund | | | | | | | | | |
| 431. - Brandes Investment Partners Fund | | | | | | | | | |
| 432. - Calamos Investment Management Fund | | | | | | | | | |

| 1 Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 433. - Fayez Sarofim & Company Fund | | | | | | | | | |
| 434. - Allegiance Capital Fund | | | | | | | | | |
| 435. Retirement Plan for Partners #2 | D | Dividend | O | T | | | | | |
| 436. - Lehman Ishares Bond Fund | | | | | | | | | |
| 437. - Bernstein Equity Fund | | | | | | | | | |
| 438 - Baird Capital Fund | | | | | | | | | |
| 439. - C.S. MC Kee, L.P. Fund | | | | | | | | | |
| 440. - Private Capital Management Fund | | | | | | | | | |
| 441. - Brandes Investment Partners Fund | | | | | | | | | |
| 442. - Calamos Investment Management Fund | | | | | | | | | |
| 443. - Fayez Sarofim & Company Fund | | | | | | | | | |
| 444 Profit Sharing Plan for Partner #1 | B | Dividend | L | T | | | | | |
| 445. - Lehman Ishares Bond Fund | | | | | | | | | |
| 446. - Bernstein Equity Fund | | | | | | | | | |
| 447. - Baird Capital Fund | | | | | | | | | |
| 448. - C.S. MC Kee, L.P. Fund | | | | | | | | | |
| 449. - Private Capital Management Fund | | | | | | | | | |
| 450. - Brandes Investment Partners Fund | | | | | | | | | |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M | 1/26/2006 |

## VII. INVESTMENTS and TRUSTS
-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 451. - Calamos Investment Management Fund | | | | | | | | | |
| 452. - Fayez Sarofim & Company Fund | | | | | | | | | |
| 453. - Allegiance Capital Fund | | | | | | | | | |
| 454. Profit Sharing Plan for Partner #2 | B | Dividend | L | T | | | | | |
| 455. - Lehman Ishares Bond Fund | | | | | | | | | |
| 456 - Bernstein Equity Fund | | | | | | | | | |
| 457. - Baird Capital Fund | | | | | | | | | |
| 458. - C.S. MC Kee, L.P. Fund | | | | | | | | | |
| 459. - Private Capital Management Fund | | | | | | | | | |
| 460. - Brandes Investment Partners Fund | | | | | | | | | |
| 461. - Calamos Investment Management Fund | | | | | | | | | |
| 462. - Fayez Sarofim & Company Fund | | | | | | | | | |
| 463. Trust #1 | | | | | | | | | |
| 464. - AXA Equitable Incentive Life Policy | A | Interest | J | T | | | | | |
| 465. Trust #2 | | | | | | | | | |
| 466. - AXA Equitable Incentive Life Policy | A | Interest | J | T | | | | | |
| 467. IRS Federal Income Tax Receivable | | None | M | U | | | | | |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cogan, Brian M | 1/26/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

No non-investment income for 2006 has been received to date for filer or spouse.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cogan, Brian M | 1/26/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _1/26/2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 97, | 765 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule item #1 | 1, | 611, | 164 | Notes payable to relatives | | | |
| Unlisted securities-add schedule item#2 | | 32, | 121 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 17, | 142 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | 451, | 459 | Other unpaid income and interest | | | |
| Federal income tax receivable | | 155, | 233 | Real estate mortgages payable-add schedule item #5 | | 313, | 979 |
| Real estate owned-add schedule item #4 | 1, | 725, | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 165, | 000 | Auto Lease | | 18, | 000 |
| Cash value-life insurance | | 6, | 020 | | | | |
| Other assets itemize: | | | | | | | |
| Other assets - add schedule item #3 | 2, | 046, | 952 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 349, | 121 |
| | | | | Net Worth | 5, | 941, | 593 |
| Total Assets | 6, | 290, | 714 | Total liabilities and net worth | 6, | 290, | 714 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | | No | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | | No | |
| Legal Claims | | | | Have you ever taken bankruptcy? | | No | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |